

**JAVERBAUM JW WURGAFT**
**HICKS KAHN WIKSTROM & SININS, P.C.**

Christina Ctorides, Esq., Partner
* Admitted in NY & NJ

589 EIGHTH AVENUE - 21ST FLOOR
NEW YORK, NY 10018
TEL: 800-784-5140
TEL: 212-596-7656
FAX: 212-221-3061
www.LawJW.com

ChristinaC@LawJW.com

*PLEASE NOTE OUR NEW NEW YORK ADDRESS*

December 10, 2020

Via ECF
The Honorable Ronnie Abrams
United States District court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Noboa v. United States, et. al., 20 Civ. 6871 (RA)

Dear Judge Abrams:

This firm represents the Plaintiff, Otis Noboa in the aforementioned medical malpractice action. There is an initial conference scheduled in this matter for December 18, 2020 at 3:30 p.m. The joint letter and proposed case management plan is due tomorrow Friday, December 11, 2020.

On November 30, 2020 I filed an Amended Complaint wherein I included Dr. Scott Boruchov as a defendant. [Document 9] That complaint was rejected by the Clerk's office and was refiled on December 7, 2020 as Document 10.

It is my understanding that Dr. Scott Boruchov was not an employee of the United States of America at the time that the allegedly negligent medical treatment was rendered. Accordingly, he will not be represented by the United States Attorney's Office.

I am respectfully requesting that the conference of December 18, 2020 and the deadline for filing the joint letter and proposed case management plan be adjourned until the end of January, 2021 to give us the opportunity to serve Dr. Boruchov and hopefully receive an answer. I believe it will be more meaningful to have the initial scheduling conference after all parties have appeared in the case. Further, I have spoken to Jennifer Jude, Esq., Assistant US Attorney who consents to the request for an adjournment.

Thank you kindly for your attention herein.

Respectfully yours,

*Christina Ctorides*

Christina Ctorides

CC/ka
cc:     Jennifer Jude, Esq.
        Assistant United States Attorney
        (via ECF)

Application granted.  The initial pre-trial conference, currently scheduled for December 18, 2020, is hereby adjourned until February 5, 2021 at 10:30 am.  Parties shall submit their joint letter and proposed case management plan no later than January 29, 2021.
SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
December 11, 2020