

**Christina Ctorides, Esq., Partner**
* Admitted in NY & NJ

589 EIGHTH AVENUE - 21ST FLOOR
NEW YORK, NY 10018
TEL: 800-784-5140
TEL: 212-596-7656
FAX: 212-221-3061
www.LawJW.com

ChristinaC@LawJW.com

*PLEASE NOTE OUR NEW **NEW YORK** ADDRESS*

January 28, 2021

Via ECF
The Honorable Ronnie Abrams
United States District court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    **Noboa v. United States, et. al., 20 Civ. 6871 (RA)**

Dear Judge Abrams:

    This firm represents the Plaintiff, Otis Noboa in the aforementioned medical malpractice action. There is an initial conference scheduled in this matter for February 5, 2021 at 10:30 a.m. The joint letter and proposed case management plan is due tomorrow Friday, January 29, 2021.

    On November 30, 2020 I filed an Amended Complaint wherein I included Dr. Scott Boruchov as a defendant. [Document 9] That complaint was rejected by the Clerk's office and was refiled on December 7, 2020 as Document 10.

    Our process server has attempted to serve Dr. Boruchov with the amended complaint without success. We have learned from the Doctor's office in Old Bridge, NJ that he has been out of town and is expected to return on or about February 2, 2021. At that time, we will re-attempt to serve Dr. Boruchov.

    I am respectfully requesting that the conference of February 5, 2021 and the deadline for filing the joint letter and proposed case management plan be adjourned for six (6) weeks to give us the opportunity to serve Dr. Boruchov and hopefully receive an answer. I believe it will be more meaningful to have the initial scheduling conference after all parties have appeared in the case.

    I have discussed this adjournment request with Ms. Jennifer Jude, Assistant United States Attorney, who has consented to the request for an adjournment.

    Thank you kindly for your attention herein.

                                                Respectfully yours,

                                                *Christina Ctorides*

                                                Christina Ctorides

CC/ka
cc:     Jennifer Jude, Esq.
        Assistant United States Attorney
        (via ECF)

Application granted.  The initial pretrial conference, currently scheduled for February 5, 2021, is hereby adjourned until March 19, 2021 at 1:30 pm.
SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
January 29, 2021