

**Christina Ctorides, Esq., Partner**
*\* Admitted in NY & NJ*

589 EIGHTH AVENUE - 21ST FLOOR
NEW YORK, NY 10018
TEL: 800-784-5140
TEL: 212-596-7656
FAX: 212-221-3061
www.LawJW.com

*PLEASE NOTE OUR NEW **NEW YORK** ADDRESS*

ChristinaC@LawJW.com

> Application granted. The initial pre-trial conference currently scheduled for Friday, March 19, 2021 at 1:30 pm is hereby adjourned until April 16, 2021 at 1:00 pm. The joint letter described in the Court's September 14, 2020 order, see Dkt. 5, shall be due by April 9, 2021.
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> March 15, 2021

March 12, 2021

Via ECF
The Honorable Ronnie Abrams
United States District court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    **Re:**    **Noboa v. United States, et. al., 20 Civ. 6871 (RA)**

Dear Judge Abrams:

    This firm represents the Plaintiff, Otis Noboa in the aforementioned medical malpractice action. There is an initial conference scheduled in this matter for March 19, 2021 at 1:30 p.m. The joint letter and proposed case management plan is due today Friday, March 12, 201.

    On November 30, 2020 I filed an Amended Complaint wherein I included Dr. Scott Boruchov as a defendant. [Document 9] That complaint was rejected by the Clerk's office and was refiled on December 7, 2020 as Document 10.

    Defendant Boruchov was served with the Amended Complaint on February 4, 2021. Last week, we were contacted by the firm of Heidell Pittoni Murphy and Bach seeking a copy of the Affidavit of Service. [Document 21]. It was my understanding that they were to enter an appearance. This has not yet occurred.

    I am respectfully requesting that the conference of March 19, 2021 and the deadline for filing the joint letter and proposed case management plan be adjourned for four (4) weeks to give Dr. Boruchov the opportunity to answer the complaint. I believe it will be more meaningful to have the initial scheduling conference after all parties have appeared in the case.

    I have discussed this adjournment request with Ms. Jennifer Jude, Assistant United States Attorney, who has consented to the request for an adjournment.

    Thank you kindly for your attention herein.

                                            Respectfully yours,

                                            *Christina Ctorides*

                                            Christina Ctorides

CC/ka
cc: Jennifer Jude, Esq.
    Assistant United States Attorney
    (via ECF)