

**McALOON & FRIEDMAN, PC**

**Attorneys at Law**
**One State Street Plaza**
**New York, New York 10004-1561**
**Telephone: 212-732-8700 * Facsimile: 212-227-2903**
**Firm E-mail: McAF@mcf-esq.com**

ELYSE PATTERSON
Telephone Ext: 2236
E-mail: elysepatterson@mcf-esq.com

April 6, 2021

**Via: ECF**
The Honorable Justice Ronnie Abrams
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  **Noboa v. United States, et. al., 20 Civ. 6871 (RA)**

Dear Honorable Justice Abrams:

I am writing on behalf of the defendant Dr. Scott Boruchov in the above-referenced matter. We have just interposed our Answer today, April 6, 2021.

The initial conference is currently scheduled to be held on April 16, 2021. We are requesting that the deadline for the initial conference be adjourned to any date including or after May 21, 2021, and for the joint letter and the case management order to be due one week before whenever the initial conference is scheduled. This adjournment will give us time to work on the joint letter and the case management order, which are currently due on April 9, 2021.

I have discussed the above with Ms. Christina Ctorides, plaintiff's counsel, and with Ms. Jennifer Jude, Assistant United States Attorney, who have consented to the request. Thank you for your time and attention.

Respectfully submitted,

*Elyse Patterson*

Elyse Patterson

EP/na

Cc:  **Via: ECF**
Christina Ctorides, Esq.
Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins
589 8th Avenue, 21st Floor
New York, New York 10019
**Via: ECF**
Jennifer Jude, Esq.
Assistant United States Attorney

Application granted. The initial pre-trial conference, currently scheduled for April 16, 2021, is hereby adjourned until May 21, 2021 at 10:00 am. The parties' joint letter and proposed case management plan shall be filed no later than May 14, 2021.
SO ORDERED.

Ronnie Abrams, U.S.D.J.
April 6, 2021