UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OTIS F. NOBOA,

                Plaintiff,

       v.

UNITED STATES OF AMERICA, CORY D. HARRIS, and SCOTT BORUCHOV,

                Defendants.

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:**

20-CV-6871 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On May 14, 2021, the parties submitted a proposed case-management plan that indicated that they consented to proceed before a magistrate judge pursuant to 28 U.S.C. § 636. Dkt. 29. On May 18, the Court ordered the parties to complete and submit a magistrate consent form no later than May 24, 2021. Dkt. 30. To date, the parties have failed to do so. Accordingly, no later than June 8, 2021, the parties shall do so. For the parties' convenience, the Court will attach the required form to this Order.

SO ORDERED.

Dated:    June 2, 2021
             New York, New York

                                                    RONNIE ABRAMS
                                                    United States District Judge

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |
|---|---|
| _____ <br> *Plaintiff* <br> v. <br> _____ <br> *Defendant* | ) <br> ) <br> ) Civil Action No. <br> ) <br> ) |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.