**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
OTIS F. NOBOA,

                Plaintiff,                   20-cv-6871 (OTW)

       -against-                     **ORDER**

UNITED STATES OF AMERICA, et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Tuesday, October 26, 2021 at 11:00 a.m.** at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., Courtroom 20D.

**SO ORDERED.**

                                                   *s/ Ona T. Wang*

Dated: July 27, 2021                               **Ona T. Wang**
       New York, New York              United States Magistrate Judge