**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
OTIS F. NOBOA,                                               :
                                                             :
                                       Plaintiff,            :          20-CV-6871 (OTW)
                                                             :
                         -against-                           :          **ORDER**
                                                             :
UNITED STATES OF AMERICA, et al.,                            :
                                                             :
                                       Defendants.           :
                                                             :
-------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      The Court is in receipt of the Government's letter dated October 15, 2021 (ECF 42).

Plaintiff shall file a response to the Government's letter by **October 26, 2021**.


      **SO ORDERED.**


                                  *s/ Ona T. Wang*

Dated: October 25, 2021                            **Ona T. Wang**
      New York, New York             United States Magistrate Judge