```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

OTIS F. NOBOA,

                                      Plaintiff,

        -against-

UNITED STATES OF AMERICA,
SCOTT D. BORUCHOV, M.D.

                                  Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**20-CV-6871 (OTW)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       This case has been referred to me for settlement purposes (docket no. 69). A telephone conference will be held on **Wednesday, October 12, 2022 at 2:00 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

       SO ORDERED.

Dated: October 11, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge