Case 1:20-cv-06871-OTW Document 75 Filed in NYSD on 01/12/2023 Page 1 of 1



# JAVERBAUM WURGAFT
## HICKS KAHN WIKSTROM & SININS, P.C.

Christina Ctorides, Esq., Partner
* Admitted in NY & NJ

589 EIGHTH AVENUE - 21ST FLOOR
NEW YORK, NY 10018
TEL: 800-784-5140
TEL: 212-596-7656
FAX: 212-221-3061
www.LawJW.com

*PLEASE NOTE OUR NEW NEW YORK ADDRESS*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/13/2023

**MEMO ENDORSED**

January 12, 2023

Via ECF
Magistrate Judge Katharine H. Parker
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Noboa, Otis v. Cory Harris, MD
Case No. 1:20-cv-06871
Our File No.: 19-002141

Dear Judge Parker:

This office represents the Plaintiff, Otis Noboa, in the aforementioned medical malpractice action which is scheduled for a settlement conference before Your Honor on January 25, 2023. I am writing with the consent of my adversaries, counsel for Defendants the United States of America and Scott Boruchov, MD, to request that the upcoming settlement conference be postponed to a later date. This is because Defendant Boruchov requested additional time to serve expert reports which was granted by Judge Wang. The Defendants now have until March 17, 2023 to serve their reports.

The Plaintiff would like the opportunity to review all of the defense expert reports before engaging in settlement discussions. To date, none have been received. Thus, we respectfully request that the settlement conference presently on for January 25, 2022, be adjourned to a date until after March 17, 2023. We would be happy to have a conference call with the Court to discuss scheduling, if the Court deems that to be appropriate.

Thank you for your consideration of this matter.

Respectfully,

Christina Ctorides

CC/ka

cc: Jennifer Jude, Assistant United States Attorney – counsel for Defendant USA
Matthew Prisco, Esq – counsel for Defendant Boruchov

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Wednesday, January 25, 2023 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Monday, April 17, 2023 at 10:00 a.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>April 10, 2023 by 5:00 p.m.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

01/13/2023