

**Christina Ctorides, Esq.**
*Partner*
cctorides@lawjw.com

589 EIGHTH AVE., 21ST FLOOR
NEW YORK, NY 10018
PHONE:  (212) 596-7656
FAX:  (212) 221-3061
WWW.LAWJW.COM

December 4, 2023

<u>VIA ECF</u>
The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED.**

Re:   Noboa v. United States, et al., 20 Civ. 6871 (OTW)

Dear Judge Wang:

This office represents the Plaintiff Otis Noboa in the aforementioned matter. I am writing with the consent of my adversaries to request an adjournment of the status conference scheduled in this matter for December 7, 2023, at 10:00 am.

The parties have completed the experts' depositions, and a follow up settlement conference has been scheduled before the Honorable Katharine H. Parker for February 6, 2024, at 10:00 am.

As I must attend a settlement conference scheduled for December 7, 2023, in a different medical malpractice matter in the State of New Jersey, I would respectfully request that the status conference scheduled in the <u>Noboa v. USA</u> matter be adjourned.

Further, in view of the upcoming settlement conference scheduled before the Honorable Magistrate Judge Parker, counsel for Defendants USA and Scott Boruchov, MD, and I, respectfully request that the status conference before Your Honor be adjourned to a date after February 6, 2024.

Thank you kindly for your consideration of the above.

Respectfully yours,

*Christina Ctorides*

Christina Ctorides, Esq.

CC/ka

cc: Jennifer Jude, Esq. (Via ECF)
Matthew Prisco, Esq. (Via ECF)

Application **GRANTED.** The status conference scheduled for December 7, 2023 is **ADJOURNED to March 5, 2024 at 10:30 a.m.** If the case does not settle, the parties should come prepared to schedule a trial.

**SO ORDERED.**

_____
**Ona T. Wang**          12/5/23
**U.S.M.J.**